# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District RHODE ISLAND |
|---|---|
| Name (under which you were convicted): RAYMOND LYNCH | Docket or Case No.: |
| Place of Confinement: HIGH SECURITY CENTER ADULT CORRECTIONAL INSTITUTIONS | Prisoner No.: 108359 |
| Petitioner (include the name under which you were convicted) RAYMOND LYNCH | v. Respondent (authorized person having custody of petitioner) WARDEN WHITMAN |
| The Attorney General of the State of RHODE ISLAND | |

## PETITION CA 07 083S

1. (a) Name and location of court that entered the judgment of conviction you are challenging: KENT COUNTY SUPERIOR COURT, 222 QUAKER LANE, WARWICK, R.I. 02886

   (b) Criminal docket or case number (if you know): K1-1996-0591 A

2. (a) Date of the judgment of conviction (if you know): APRIL 1, 1998

   (b) Date of sentencing: JUNE 26, 1998

3. Length of sentence: 60 YEARS; 30 YEARS TO SERVE

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case:
   3 COUNTS - 1ST DEG. SEXUAL ASSAULT
   2 COUNTS - 2ND DEG. " "

6. (a) What was your plea? (Check one)

   (1) Not guilty ☑ (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: R.I. SUPREME COURT

(b) Docket or case number (if you know): 99-327-C.A.

(c) Result: AFFIRMED

(d) Date of result (if you know): AUGUST 12, 2004

(e) Citation to the case (if you know): 854 A.2d 1022

(f) Grounds raised: 1. HEARSAY TESTIMONY OF SCHOOL PSYCHOLOGIST. 2. COMPETENCY OF VICTIM. 3. NOT GRANTING MOTION TO PASS. 4. NOT CHARGING THE JURY. 5. ADMITTANCE OF PRIOR ACTIVITIES WITH FRED GREENE. 6. FRANK GREENE - RULE 804(b)(3) 7. FAMILY COURT CHARGE ADMITTANCE. 8. DR. M^cCUE HEARSAY. 9. CUSTODIAL CHAIN OF EVIDENCE. 10. JURY INSTRUCTIONS 11. LESSER INCLUDED OFFENSE INSTRUCTION. 12. DUE PROCESS RIGHTS - EACH ELEMENT NOT PROVED 13. NO MOTION FOR NEW TRIAL.

(g) Did you seek further review by a higher state court? Yes ☐ No ☑

If yes, answer the following:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Result: ______

(4) Date of result (if you know): ______

(5) Citation to the case (if you know): ______

(6) Grounds raised: ______

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know): ______

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: KENT COUNTY SUPERIOR COURT

(2) Docket or case number (if you know): KM-2004-0918

(3) Date of filing (if you know): OCTOBER 22, 2004

(4) Nature of the proceeding: FORENSIC D.N.A. TESTING - POST CONVICTION

(5) Grounds raised: SOUGHT D.N.A. RE-TESTING UNDER R.I.G.L. 10-9.1-10, 11, + 12.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☑ No ☐

(7) Result: PARTIAL AND INCONCLUSIVE RESULTS

(8) Date of result (if you know): JANUARY 18, 2007

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: KENT COUNTY SUPERIOR COURT

(2) Docket or case number (if you know): KM-2005-0347

(3) Date of filing (if you know): APRIL 2005

(4) Nature of the proceeding: POST-CONVICTION

(5) Grounds raised: 1. DUE PROCESS VIOLATION - INSUFFICIENT EVIDENCE TO FIND GUILT ON 2ND DEG. SEXUAL ASSAULT - BREASTS CHARGE.

2. INEFFECTIVE ASSISTANCE OF COUNSEL - 6TH AMENDMENT

3. 6TH AMENDMENT - FAIR TRIAL / 14TH AMENDMENT DUE PROCESS

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☑ (~~[illegible]~~)

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☐ No ☑

(2) Second petition: Yes ☐ No ☑

(3) Third petition: Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

FIRST: NO APPEALABLE ISSUE

SECOND: NO DECISION TO APPEAL

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: 14TH AMENDIMENT-DUE PROCESS VIOLATION INSUFFICIENT EVIDENCE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): REGARDING THE 2ND DEG. SEXUAL ASSAULT CHARGE - BREASTS. PAGE 245 IN THE TRANSCRIPT RECORD SHOWS TESTIMONIAL EVIDENCE OF A BATTERY OFFENSE, NOT 2ND DEG. SEXUAL ASSAULT. THERE MUST BE EVIDENCE OF INTENT TO TOUCH PRIVATE PARTS FOR SEXUAL GRATIFICATION OR AROUSAL.

(b) If you did not exhaust your state remedies on Ground One, explain why: ~~[illegible]~~

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: APPLICATION FOR POST-CONVICTION RELIEF

Name and location of the court where the motion or petition was filed: KENT COUNTY SUPERIOR COURT, 222 QUAKER LANE, WARWICK, R.I. 02886

Docket or case number (if you know): KM-2005-0347

Date of the court's decision: NONE YET - NO HEARING

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ______

**GROUND TWO:** 6TH AMENDMENT - INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
ONE CHARGE OF 1ST DEG. SEXUAL ASSAULT IS ANAL ALLEGATION. THE DEFENSE ATTORNEY FAILED TO ADEQUATELY QUESTION THE EXAMINING PHYSICIAN, DR. MCCUE, ABOUT THE LACK OF PHYSICAL TRAUMA (SPECIFICALLY, "REFLEX RELAXATION OF THE RECTAL SPHINCTER MUSCLES") PRESENT ON THE VICTIM'S BODY. HER EXPERT

OPINION ABOUT THE VICTIM'S CREDIBILITY ON THIS ISSUE (LYING WITNESS?) MAY HAVE CONVINCED THE JURY TO VOTE NOT GUILTY.

(b) If you did not exhaust your state remedies on Ground Two, explain why: THIS ISSUE IS IN CASE NO. KM-2005-0347.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: APPLICATION FOR POST-CONVICTION RELIEF

Name and location of the court where the motion or petition was filed: KENT COUNTY SUPERIOR COURT, 222 QUAKER LANE, WARWICK, R.I. 02886

Docket or case number (if you know): KM-2005-0347

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ______

GROUND THREE: 14TH AMENDMENT - DUE PROCESS; 6TH AMENDMENT - FAIR TRIAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): VICTIM WAS TESTIFYING FOR THE PROSECUTION WITH PRACTICED TESTIMONY. PROSECUTORIAL MISCONDUCT. THE VICTIM AND HER MOTHER WILL BE QUESTIONED UNDER OATH TO SUPPORT THIS.

(b) If you did not exhaust your state remedies on Ground Three, explain why: THIS ISSUE IS IN CASE NO. KM-2005-0347

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: APPLICATION FOR POST-CONVICTION RELIEF

Name and location of the court where the motion or petition was filed: KENT COUNTY SUPERIOR COURT, 222 QUAKER LANE, WARWICK, R.I. 02920

Docket or case number (if you know): KM-2005-0347

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ______

**GROUND FOUR:** DUE PROCESS VIOLATION—INSUFFICIENT EVIDENCE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
THE 1ST DEG. SEXUAL ASSAULT-ANAL CHARGE: TESTIMONIAL EVIDENCE IS INSUFFICIENT. THE RECORD STATES "HIS THING WAS PUT IN THE BACK." - NO REFERENCE TO A PENIS, OR ANY OTHER SPECIFIC OBJECT - "HIS THING." - ALSO, NO REFERENCE TO AN ANUS, OR EVEN A VAGINA, AS BEING ENTERED - SPECIFICALLY ENTERED SEXUALLY; JUST "PUT IN THE BACK."

(b) If you did not exhaust your state remedies on Ground Four, explain why: THIS IS IN KM-2005-0347.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: APPLICATION FOR POST-CONVICTION RELIEF

Name and location of the court where the motion or petition was filed: KENT COUNTY SUPERIOR COURT, 222 QUAKER LANE, WARWICK, R.I. 02886

Docket or case number (if you know): KM-2005-0347

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______________________

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ❑ No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: & GROUNDS 2, 3, + 4 BECAUSE THEY ARE IN KM-2005-0347 AND THERE HAS BEEN NO HEARING FOR 2 YEARS OF THE CASE BEING SUBMITTED.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______________________

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ❑ No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ___________

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☑ No ☐
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. KENT COUNTY SUPERIOR COURT, 222 QUAKER LANE, WARWICK, R.I. 02886. CASE NO. KM-2005-0347 - APPLICATION FOR POST-CONVICTION RELIEF. GROUNDS 1 THROUGH 4.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: ___________
(b) At arraignment and plea: ___________
(c) At trial: RONALD BONIN, 1070 RESERVOIR AVE., CRANSTON, R.I. 02910 (MORETTI + PERLOW LAW OFFICES)
(d) At sentencing: SAME AS ABOVE
(e) On appeal: MARK B. LAROCHE, SUITE 515, 10 DORRANCE ST., PROVIDENCE, R.I. 02903
(f) In any post-conviction proceeding: THOMAS G. BRIODY, THE REMINGTON BUILDING, 91 FRIENDSHIP ST. - 3RD FLOOR, PROVIDENCE, R.I. 02903
(g) On appeal from any ruling against you in a post-conviction proceeding: ___________

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ____________________

(b) Give the date the other sentence was imposed: ____________________

(c) Give the length of the other sentence: ____________________

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* I FILED A D.N.A. POST-CONVICTION CASE AND, PURSUANT TO SECTION (2) OF 28 U.S.C. § 2244(d) IT STATES THAT "THE TIME DURING WHICH A PROPERLY FILED APPLICATION FOR STATE POST-CONVICTION OR OTHER COLLATERAL REVIEW WITH RESPECT TO THE PERTINENT JUDGMENT OR CLAIM IS PENDING SHALL NOT BE COUNTED TOWARD ANY PERIOD OF LIMITATION UNDER THIS SECTION."

NO HEARING ON THE POST-CONVICTION APPLICATION KM-2005-0347 YET.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: OVERTURN AND VACATE HIS CONVICTIONS.

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on FEB, 28, 2007 (month, date, year).

Executed (signed) on FEB. 28, 2007 (date).

[signature], PRO SE
Signature of Petitioner

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ______________________________

______________________________

______________________________

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *