**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Raymond Lynch

v. CA:07-83S

Warden Whitman

**ORDER**

The Attorney General is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before **March 26, 2007.**

BY ORDER

Karen Baldwell

DEPUTY CLERK

ENTER:

WSmm

WILLIAM E. SMITH
United States District Judge

DATE: 3/7/07