UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND LYNCH | : | |
| | : | |
| v. | : | C.A. No. 07-083S |
| | : | |
| WARDEN WHITMAN | : | |

**MEMORANDUM AND ORDER**

This matter is before the court on the application of the *pro se* plaintiff, an inmate in the custody of the Rhode Island Department of Corrections, for leave to proceed *in forma pauperis* without prepayment of fees (Document No. 2) pursuant to 28 U.S.C. § 1915. Said application is GRANTED.

Petitioner's Affidavit states that he is not employed at the ACI, and that he receives no monthly income. At the time that the Affidavit was submitted, Petitioner had a balance of $264.14 in an encumbered checking account, but he had noted on his Application that the correct balance for his encumbered account was $104.14, due to a check that had cleared after his account information was printed. Regardless of the correct sum in Petitioner's encumbered account, the Department of Corrections listed his "available" balance as less then one dollar, and this Court is satisfied that Petitioner qualifies for *in forma pauperis* status.

So Ordered.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
March 14, 2007