STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**CRIMINAL CASE ACTION REPORT/ WARRANT FOR COMMITMENT**

SUPERIOR COURT

CORRECTED:
DATE:
TIME:

☐ PROVIDENCE / ~~BRISTOL~~ ☑ KENT ☐ WASHINGTON ☐ NEWPORT

1. **DEFENDANT**: Raymond Lynch ☑ APPEARS ☐ DOES NOT APPEAR D.[redacted]56

DEFENDANT ADDRESS

☐ SAME ☐ CHANGE OF

CASE NO. KM-05-0347 | DC CASE NO. FOR WAIVER / MISC. PET. ONLY | B.C.I. NO. [redacted] | ACTION DATE 5.16.05

PROSECUTOR: Lopes | JUDGE: Ragosta | CLERK: MKR

DEFENDANT'S ATTORNEY FIRST: LAST:

☐ **PRI** PRIVATE ☐ **PDF** PUB. DEFNDR ☐ **CRT** COURT APPNTD ☐ **PRO** PRO SE ☐ **EOA** ENTRY OF APRNCE FILED

2. PROCEEDING(S):

☐ **PAC** PRE-ARRAIGNMNT CONF. ☐ **ARR** ARRAIGNMNT ☐ **DAT** DET. ATTY ☐ **BAH** BAIL HRG
☐ **BRV** BAIL RVW ☐ **IDH** IDNT. HRG ☐ **COH** COMPTNCY HRG ☐ **COR** COMPTNCY RPT ☐ **VIO** PRESNT AS VIOLATR
☐ **WAR** WARRNT CANC ☐ **VPR** VIOL OF PR ☐ **VBL** VIOLATN OF BAIL ☐ **DIS** DISPOSITN ☐ **PTC** PRE-TRIAL CONF.
☐ **TRI** TRIAL ☐ **SEN** SENTNCING ☐ **EOS** EXECUTN OF SENT ☐ **VIH** VIOLATN HEARING ☐ **SOV** SENT ON VIOLATN
☐ **PRV** PROBATN RVW ☐ **PRG** PROGRESS RPT ☐ **RVW** REVIEW ☐ **ADV** ADVSMNT OF SUPREME COURT DECISION
☐ **MOT** MOTION(S) ☐ **STC** STATUS CONF. ☐ **CRV** COST RVW ☐ **RRV** RESTITUTION RVW ☑ OTHER ~~[illegible]~~ HCR
☐ DEFENDANT/STATE MOTION TO/FOR ☐ **GT** GRANTED ☐ **DN** DENIED
☐ DEFENDANT/STATE MOTION TO/FOR ☐ **GT** GRANTED ☐ **DN** DENIED

3. **PLEA AT INITIAL ARRAIGNMENT:** ☐ **ANG** NOT GUILTY ☐ GUILTY ☐ **RPD** REFERRED TO P.D. ☐ **PNI** PRETRIAL NOTICE ISSUED ☐ NOLO CONTENDERE ☐ **DI** REFERRED TO DIVERSION

CONTINUED FOR/TO: BEFORE JUDGE: TIME:
CONTINUED DATE: REASON:
PARTY REQUESTING CONTINUANCE: ☐ C COURT ☐ S STATE ☐ D DEFENSE ☐ M MUTUAL AGREEMENT

| 4. **BAIL STATUS** | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ☐ **PR** PERSONAL RECOG. | | This matter is moot. Counsel has been appt Please close case | |
| ☐ **SU** SURETY ☐ **CS** CASH | | | |
| ☐ **NB** HELD WITHOUT BAIL | | | |
| ☐ **MO** HELD MENTAL OBSERV. | | | |
| ☐ OTHER BAIL | | | |
| ☐ OTHER HOLDS | | | |

☐ **COMMITTED** ☑ **REMANDED** TO: ☑ **AC** ADULT COREC. INST. ☐ **IM** INST. MNTL. HLTH. ☐ **WD** WOMEN'S DIV.
☐ **CHW** CONTINUED HELD WITHOUT BAIL ☐ **WBC** FOR WANT OF BAIL ☐ OTHER INSTN:

☐ **WI** WARRANT ISSUED ☐ **VRP** VIOLATION REPORT FILED ☐ **CO** CONTD ON SAME SUSP SENT. DFRD. PROB. BAIL. PR
☐ **WR** WARRANT RECALLED AND CANCELED ☐ **VRW** VIOLATION WITHDRAWN ☐ **SR** SUSPENDED SENT REMOVED
☐ **WC** WARRANT CANCELED ☐ **ADV** WAIVES/ADMITS TO BE VIOL. $ ☐ **RV** PR REVOKED
☐ **WRO** WARRANT OUTSTANDING ON CASE NO. ☐ **DEV** DECLARED A VIOLATOR ☐ **DNV** DECLARED NOT A VIOLATOR ☐ **BR** BAIL REVOKED

5. **DISPOSITION/SENTENCING:** ☐ **RNG** CHNG. OF PLEA ☐ **RPN** DEN. REARRAIGNED
☐ **CPE** CNDTNL. PLEA ENTRD ☐ **CCA** CHG. AMNDED W/CONSNT OF DEF.
☐ **PSW** PRESENT. RPT WAIVED ☐ **POR** PRESENT. RPT ORDRD ☐ **NON** NON-JURY TRIAL
☐ **PRS** PRSNTLY SRVNG ON CS. NO. ☐ **TRI** JURY TRIAL

JURY SELECT ______ DAYS
TRIAL LENGTH ______ DAYS (NEAREST 1/2 DAY)

| COUNT | AMENDED CHG. LESSER. OFF. | DISP/ PLEA | SENT DFRD. D F | FULL SENT F S | TRM TO SRVE T S | SUSP. TRM S S | PROB. TRM P R | FINE AMT. F I | REST AMT. R E | UPON REL. U R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

☐ **CS** CONSECUTIVE ☐ **CR** CONCURRENT ☐ RETROACTIVE DATE:
☐ MIN. STATUTORY DRUG ASSES. ☐ **FB** DENIAL FED. BENEFITS ☐ **SO** SEXUAL OFFENDER OTHER:

**REMARKS:**

☐ HABEAS IN: DATE
☐ ORDER FILE(S): CASE NO.

THE DEFENDANT HAS BEEN COMMITTED TO THE ABOVE INSTITUTION AS COMMANDED

ATE COMMITTED AUTHORIZED OFFICER COMMITTMENT NO

12 (REV. 11/99) YELLOW - COURT, WHITE - CORRECTIONS, PINK - SCHEDULING, GREEN - PROBATION