STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KM-2005-0347 RAYMOND LYNCH VS STATE OF RHODE ISLAND

Filing Date: 04-19-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: POST CONVICTION RELIEF
Status Date: 05-16-2005

Plaintiff: RAYMOND LYNCH
ID: @10168896

Attorney: PRO SE

Defendant: STATE OF RHODEISLAND
ID: @10267056

Attorney: ATTORNEY GENERAL

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-19-2005 | COMPLAINT FILED | |
| 04-19-2005 | COMPLAINT FILED | |
| 05-05-2005 | MOTION | CONVERSION -EVENT HISTORY- JUDGE RAGOSTA |
| 05-16-2005 | OTH DOC FILED DURING DISCOV | MATTER IS MOOT; COUNSEL HAS BEEN APPOINTED; REMANDED ACI JUSTICE: VINCENT RAGOSTA |
| 05-16-2005 | MOTION | CONVERSION -EVENT HISTORY- JUDGE RAGOSTA |
| 02-23-2007 | LETTER FILED | Affiliated: LYNCH, RAYMOND |