UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Raymond Lynch
Plaintiff

V. CA07-83S

Warden Whitman
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on April 25, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b)(1). No objection having been filed, State of Rhode Island's Motion to Dismiss is GRANTED and Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

BY ORDER:

Karen Baldinelli
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/11/07